REDACTED VERSION OF DOCUMENT TO BE SEALED

# EXHIBIT G

# FILED UNDER SEAL