UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**Jaguar Land Rover Limited,** a United Kingdom company,

    *Plaintiff,*

v.

**Bombardier Recreational Products,** *a Canadian company,*

    *Defendant.*

Case No. 2:16-cv-13386-GAD-SDD
Hon. Gershwin A. Drain

## JURY VERDICT FORM

## Trademark Infringement

1. Do you find that Jaguar Land Rover has proven by a preponderance of the evidence that Bombardier Recreational Products' use of the DEFENDER trademark infringed Jaguar Land Rover's DEFENDER trademark?

    \_\_\_\_ Yes (for JLR)   \_✓\_ No (for BRP)

**IF YOU ANSWERED "YES" TO QUESTION 1, PLEASE PROCEED TO QUESTION 2. IF YOU ANSWERED "NO" TO QUESTION 1, PLEASE PROCEED TO QUESTION 4.**

2. Do you find that Jaguar Land Rover has proven by a preponderance of the evidence that Bombardier Recreational Products knew it was infringing or acted with indifference towards Jaguar Land Rover's trademark rights?

    \_\_\_\_ Yes (for JLR)   \_\_\_\_ No (for BRP)

**PLEASE PROCEED TO QUESTION 3.**

3. What amount of profits, if any, do you find that Bombardier Recreational Products made from its infringement of Jaguar Land Rover's DEFENDER trademark?

    $ _____

**PLEASE PROCEED TO QUESTION 4.**

1

### Abandonment

4.  Do you find that Bombardier Recreational Products has proven by clear and convincing evidence that Jaguar Land Rover abandoned its DEFENDER trademark?

    \_\_\_\_ Yes (for BRP)   ✓ No (for JLR)

**PLEASE PROCEED TO QUESTION 5.**

### Fraud

5.  Do you find that Bombardier Recreational Products has proven by clear and convincing evidence that Jaguar Land Rover committed fraud when it renewed its DEFENDER trademark registration with the U.S. Patent and Trademark Office?

    \_\_\_\_ Yes (for BRP)   ✓ No (for JLR)


**YOU HAVE COMPLETED THE JURY VERDICT FORM. THE JURY FOREPERSON SHOULD DATE AND SIGN THE VERDICT FORM AND ADVISE THE COURT OFFICER THAT THE JURY HAS A VERDICT.**

DATE: 1-18-19

S/JURY FOREPERSON

_____

JURY FOREPERSON

2